UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDTRAK VNG, INC., <br>     Plaintiff, <br> v. <br> ACUNETX, INC., and CHAPIN HUNT, <br>     Defendants. | 2:12-cv-0853-LDG-GWF <br><br> **ORDER** |

    Plaintiff has filed a motion for temporary restraining order (#6) and requested an expedited hearing. As the motion is not sought without notice, and defendants have not entered an appearance, the court will order service and briefing before determining whether and when to schedule the hearing. Accordingly,

    THE COURT HEREBY ORDERS that plaintiff shall serve upon the defendants all documents that are presently on file in this action, together with a copy of this order, on or before June 15, 2012.

    THE COURT FURTHER ORDERS that within five (5) days from the date of service of said documents upon them, defendants shall file and serve (with copies faxed or hand delivered to chambers) any briefs, affidavits or other evidence in opposition to the motion for temporary restraining order and expedited discovery.

THE COURT FURTHER ORDERS that within three (3) days of the service of defendants' documents upon it, plaintiff shall file a reply brief, if is so wishes.

Dated this __11__ day of June, 2012.

_____
Lloyd D. George
United States District Judge