# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEDTRAK VNG, INC., | 2:12-cv-0853-LDG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| ACUNETX, INC., and CHAPIN HUNT, | |
| Defendants. | |

On June 11, 2012, the court issued an order regarding service and briefing on plaintiff's application for temporary restraining order. Plaintiff has filed a notice of non-opposition to the application, in which it indicates that defendants were served in compliance, yet have made no appearance in the action. Accordingly, pursuant to LR 7-2 (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion) and good cause appearing, the court will enter the proposed temporary restraining order submitted by plaintiff (#6-4), and schedule the matter for consideration of the motion for preliminary injunction.

THE COURT HEREBY ORDERS that plaintiff's application for temporary restraining order (#6) is GRANTED. The court shall execute the proposed temporary restraining order (#6-4).

1    THE COURT FURTHER ORDERS that the plaintiff and the defendants shall appear on Thursday, the __2nd__ day of ___August___, 2012, at _2 P.M._, before this court for a hearing on the motion for preliminary injunction.

THE COURT FURTHER ORDERS that the plaintiff shall have to and including July 6. 2012, within which to serve notice upon defendants of this order.

THE COURT FURTHER ORDERS that the defendants shall have to and including July 20, 2012, within which to file and serve any briefs, affidavits or other evidence in opposition to the motion for preliminary injunction.

THE COURT FURTHER ORDERS that the plaintiff shall have to and including July 25, 2012, within which to file and serve a final reply brief, affidavits or other evidence in support of the motion for preliminary injunction.

Dated this 29 day of June, 2012.

_____
Lloyd D. George
United States District Judge

2