# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MEDTRAK VNG, INC.,

    Plaintiff,

v.

ACUNETX, INC., *et al*.,

    Defendants.

Case No. 2:12-cv-00853-LDG (GWF)

**ORDER**

Plaintiff MedTrak VNG, Inc. moved for default judgment (#26) against both defendant AcuNetx, Inc. and defendant Chapin Hunt. Subsequent to the filing of that motion, AcuNetx has filed a notice that it filed a voluntary petition for relief under the Bankruptcy Code, resulting in an automatic stay of this action as to AcuNetx. In addition, the Court set aside the default as to Hunt. Accordingly,

THE COURT **ORDERS** that Plaintiff's Motion for Default Judgment and an Award of Attorney's Fees and Costs, and Statutory Damages (#26) is DENIED without prejudice as to Defendant AcuNetx, Inc., and is DENIED as to Defendant Chapin Hunt.

DATED this 28 day of March, 2013.

_____
Lloyd D. George
United States District Judge