# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MEDTRAK VNG, INC., | |
| Plaintiff, | Case No. 2:12-cv-00853-LDG (GWF) |
| v. | **ORDER** |
| ACUNETX, INC., *et al*., | |
| Defendants. | |

The plaintiff, MedTrak VNG, Inc., moves for entry of default judgment against defendant AcuNetx, Inc. (#58).  After serving AcuNetx with the summons and complaint, MedTrak moved for a temporary restraining order and a preliminary injunction.  The Court granted the temporary restraining order, and further ordered that the motion for a preliminary injunction be served on AcuNetx.  The Court also set an expedited briefing schedule.  AcuNetx did not appear or oppose either motion and has not appeared in this action.  Default was entered against AcuNetx on June 28, 2012. (#20).  The Court subsequently granted the preliminary injunction against AcuNetx, and MedTrak moved for default judgment.

AcuNetx subsequently filed a voluntary petition for relief under the Bankruptcy Code, and the Court dismissed MedTrak's earlier motion for default judgment without prejudice, due to the automatic stay.

AcuNetx's bankruptcy action has now been dismissed, and MedTrak renews its motion for default judgment. The Court will grant the motion. Therefore,

THE COURT **ORDERS** that Plaintiff MedTrak VNG, Inc.'s Motion for Default Judgment against Defendant AcuNetx, Inc. (#58) is GRANTED.

DATED this _____ day of March, 2014.

Lloyd D. George
United States District Judge