# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MEDTRAK VNG, INC.,

    Plaintiff,

v.

ACUNETX, INC., *et al*.,

    Defendants.

Case No. 2:12-cv-00853-LDG (GWF)

**DEFAULT JUDGMENT**

    This matter having come before the Court on Plaintiff MedTrak VNG, Inc.'s Motion for Default Judgment against Defendant AcuNetx, Inc. (#58), and the Court having granted that motion, therefore,

    THE COURT **ORDERS AND ADJUDGES** that Plaintiff MedTrak VNG, Inc. recover from the Defendant AcuNetx, Inc. the amount of $2,892,086.75 in damages; and that Plaintiff MedTrak VNG, Inc. recover from Defendant AcuNetx, Inc. the amount of $130,124.57 in attorney's fees and costs;

    THE COURT FURTHER **PERMANENTLY ENJOINS** Defendant AcuNetx, Inc. and its officers, agents, servants, employees and all persons acting in concert or participation with AcuNetx, Inc. from:

1. Making any representation that they have any ownership in, or rights to, the VNG Software, the VNG FDA 510(k) Registration (FDA 510(k) Number K925111) or any subsequent FDA 510(k) registration based thereon (including, without limitation FDA 510(k) Number 2028047 and 3009391819) and related intellectual property in Plaintiff's VNG device;

2. Making any representation that MedTrak does not own, or have rights to, the VNG Software, the FDA 510(k) registration (FDA 510(k) Number K925111) or any subsequent FDA 510(k) registration based thereon (e.g. FDA 510(k) 3009391819) and related intellectual property in Plaintiff's VNG device;

3. Engaging in any infringing conduct including without limitation, the manufacture, sale, distribution, marketing or offering of Plaintiff's VNG device or the copying distribution, or use of the VNG Software; and

4. Contacting any prior, current, or known potential clients, customers, users, vendors or distributors of the Plaintiff or Plaintiff's VNG devices in relation to the VNG Software or the VNG devices.

DATED this _5_ day of March, 2014.

_____
Lloyd D. George
United States District Judge

2