1
John N. Brewer (Bar No. 1228)
brewerj@gtlaw.com
2
Tyler R. Andrews (Bar No. 9499)
andrewst@gtlaw.com
3
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
4
Suite 400 North
Las Vegas, Nevada 89169
5
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
6
*Counsel for Plaintiff*
7

UNITED STATES DISTRICT COURT
8

DISTRICT OF NEVADA
9

10

11
MEDTRAK VNG, INC., a Nevada corporation,    CASE NO. 2:12-CV-853-LDG-GWF

12
                  Plaintiff,

13
v.

14
ACUNETX, INC., a Nevada corporation, and
CHAPIN HUNT, an individual,

15
                  Defendants.

16

17

18
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

19
        On March 6, 2014, this Court entered Default Judgment and a permanent injunction

20
against Defendant AcuNetx, Inc. and in favor of Plaintiff (Docket No. 61).

21
        On or around October 10, 2013, Plaintiff and Defendant Chapin Hunt settled and fully

22
resolved all pending claims between them in this action.  No parties or claims remain active in

23
this litigation.  Therefore,

24
        **IT IS HEREBY STIPULATED** by and between Plaintiff MEDTRAK VNG, INC., and

25
Defendant CHAPIN HUNT, by and through their respective counsel of record, that pursuant to

26
Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, in its

27

28
                                    - 1 -

*LV 420220461v1 138107.010500*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

entirety, with each party to bear its own attorney's fees and costs.  This stipulation shall have no effect on the previous Default Judgment entered against Defendant AcuNetx, Inc.

DATED this 16th day of April, 2014.

GREENBERG TRAURIG, LLP

By:  /s/ Tyler R. Andrews
John N. Brewer (Bar No. 1228)
Tyler R. Andrews, Esq. (Bar No. 9499)
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff*

DATED this 16th day of April, 2014.

GORDON & REES LLP

By:  /s/ Craig J. Mariam
Craig J. Mariam (Bar No. 10926)
Joseph P. Hardy (Bar No. 7370)
3770 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Counsel for Defendant Chapin Hunt*

**ORDER**

**IT IS SO ORDERED** this 30 day of April, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully submitted by:

GREENBERG TRAURIG, LLP

  /s/ Tyler R. Andrews
John N. Brewer (Bar No. 1228)
Tyler R. Andrews, Esq. (Bar No. 9499)
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff*

- 2 -

LV 420220461v1 138107.010500

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)